UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Miscellaneous Case No. 2:19-mc-00209

IN RE:   STAFF ADMINISTRATIVE LEAVE
November 29, 2019

ORDER

Federal law establishes public holidays for federal employees. These holidays are celebrated through the granting of administrative leave to the staff in the offices of the United States District Court for the Southern District of West Virginia. In extended observance of the pending Thanksgiving holiday, the Southern District of West Virginia's offices will be closed on Friday, November 29, 2019.

SO ORDERED this 16th day of October, 2019.

THOMAS E. JOHNSTON, CHIEF JUDGE