**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**



Miscellaneous Case No. 2:19-mc-00209

IN RE:     STAFF ADMINISTRATIVE LEAVE
              for the HOLIDAYS

# ORDER

Federal law establishes public holidays for federal employees. These holidays are celebrated through the granting of administrative leave to the staff in the offices of the United States District Court for the Southern District of West Virginia.

The employees in the Southern District of West Virginia may elect two of the following days as administrative leave days: December 24, 2019, December 26, 2019, December 31, 2019, or January 2, 2020. The offices shall remain open for regular business on each of those days.

SO ORDERED this 16th day of October, 2019.

THOMAS E. JOHNSTON, CHIEF JUDGE